# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

WILMA M. PENNINGTON-THURMAN, )
)
    Plaintiff, )
)
v. ) No. 4:17-CV-1093 CDP
)
BARRY S. SHERMER, et al., )
)
    Defendants. )

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for reconsideration of the dismissal of her complaint. After reviewing the motion in its entirety, the Court will deny plaintiff's motion.

Plaintiff filed this action on March 24, 2017 seeking to stop state eviction proceedings instituted against her at her property located at 8722 Partridge Avenue, St. Louis, Mo., 63147, by the St. Louis Sheriff's Department.

As set forth in the Court's April 6, 2017 Memorandum and Order, plaintiff sought to halt foreclosure, set aside her the unlawful detainer action and ultimately the eviction proceedings, by filing a series of state and federal lawsuits against numerous defendants, including against the conveyor of the Trustee's Deed, Federal Home Loan Mortgage Company. Each of plaintiff's cases was previously dismissed, including the present action, on April 6, 2017.

In her motion for reconsideration of the dismissal, plaintiff makes a variety of arguments for setting aside the dismissal of this matter. However, she has not addressed the preclusive effect of her prior lawsuits on the present action. Res judicata bars plaintiff from bringing multiple lawsuits against the same parties, or parties in privity, where prior suits were based upon the same causes of action and resulted in a final judgment on the merits. *See Regions Bank*

*v. J.R. Oil Co.*, 387 F.3d 721, 731 (8th Cir. 2004). Because plaintiff had an opportunity to litigate her claims against defendants previously, the Court must deny her motion for reconsideration.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the dismissal of this action [Doc. #6] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this  5th  day of May, 2017.

　　　　　　　　　　　　　　　　　　　　／s／ Catherine D. Perry
　　　　　　　　　　　　　　　　　　　　CATHERINE D. PERRY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE